**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **25-cr-01703-AJB** |
| v. | |
| JUAN CESAR DIAZ-SALAS (1),<br>  aka Jesus Martinez Amaro,<br>  aka Jesus Amaro Martinez,<br>  aka Jesus Amaro,<br>  aka Jorge Hernandez-Martinez, | **I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 371 – Conspiracy; |
| LUZ MARIA MAGANA-CORONA (2), | |
|         Defendants. | |

The United States Attorney charges:

**INTRODUCTORY ALLEGATIONS**

At all times relevant:

1.    Jesus Martinez Amaro was born in the year 1971, in the United States, and died in the year 1972, in Tijuana, Mexico.

2.    On June 26, 1984, the mother of Jesus Martinez Amaro applied with the Social Security Administration to obtain a social security number for Jesus Martinez Amaro, presented a copy of Jesus Martinez Amaro's birth certificate, and did not disclose that he had died in Mexico in 1972. As a result of this fraud, the Social Security Administration assigned Jesus Martinez Amaro with a social security number.

3.    JUAN CESAR DIAZ-SALAS (hereafter "DIAZ") was a Mexican national born in the year 1966, and was neither a citizen nor national of the United States.

4.    DIAZ unlawfully entered the United States without inspection and was arrested near San Ysidro, California on February 17, 1988. DIAZ agreed to voluntary departure in lieu of deportation from the United States on February 24, 1988, under the identity of "Jorge Hernandez-Martinez."

5.    On an unknown date not later than July 31, 2000, DIAZ assumed the identity of Jesus Martinez Amaro, and used the social security number assigned to Jesus Martinez Amaro by the Social Security Administration and a fraudulently issued California ID card bearing the name "Jesus Amaro" to fraudulently apply for and obtain a United States Passport Book under the identity of Jesus Martinez Amaro.

### Count One − Conspiracy (18 U.S.C. § 371)

6.    Paragraphs 1 through 5 of the Introductory Allegations are realleged and incorporated herein by reference.

### OBJECTS OF THE CONSPIRACY

7.    Beginning on a date unknown, but not later than March 2, 2002, and continuing through at least April 2025, in the Southern District of California, and elsewhere, defendants JUAN CESAR DIAZ-SALAS and LUZ MARIA MAGANA-CORONA, conspired with others known and unknown, to commit offenses against the United States, namely:

a.    False claims to United States citizenship in violation of Title 18, United States Code, Section 911; and

b.    False statements in an application for, and use of, a passport, in violation of Title 18, United States Code Section 1542; and

c.    Fraud and misuse of visas, permits, and other documents, in violation of Title 18, United States Code, Section 1546; and

d.    Fraud in connection with identification documents, in violation of Title 18, United States Code, Section 1028(a)(1); and

e.    Social Security fraud, in violation of Title 42, United States Code, section 408(a)(6).

**MANNER AND MEANS OF THE CONSPIRACY**

8.    The objects of the conspiracy were to be accomplished, in substance, as follows:

a.    DIAZ and defendant LUZ MARIA MAGANA-CORONA (hereafter "MAGANA") conspired to obtain United States citizenship for their children, each of whom were born in Mexico, by falsely and fraudulently identifying Jesus Martinez Amaro as the father on each of their birth certificates.

b.    DIAZ and MAGANA intended to use those birth certificates to file fraudulent claims for citizenship for their children by misidentifying them to officials of the United States as the children of a United States citizen born abroad.

c.    DIAZ and MAGANA intended to fraudulently apply for United States passports for each of their children, allowing their children to freely travel to the United States.

d.    DIAZ and MAGANA intended to obtain legal status for MAGANA by fraudulently obtaining the status of permanent resident for MAGANA as the wife of a United States citizen.

e.    DIAZ and MAGANA intended to fraudulently produce identification documents without lawful authority that appeared to be issued by or under authority of the United States.

f.    DIAZ and MAGANA intended to fraudulently obtain social security numbers for MAGANA and for each of their children, from the Social Security Administration.

**OVERT ACTS**

9.    In furtherance of the conspiracy and to accomplish the objects of the conspiracy, on or around the following dates, DIAZ, MAGANA, and others committed and willfully caused others to commit various overt acts within the Southern District of California and elsewhere, including but not limited to the following:

a.    On or about March 2, 2002, in Tijuana, Mexico, DIAZ and MAGANA falsely and fraudulently registered a birth certificate for their first child, S.J., that identified S.J.'s father as "Jesus Amaro Martinez" a United States citizen.

b.    On or about April 7, 2003, within the province of Michoacan in Mexico, DIAZ and MAGANA falsely and fraudulently registered a birth certificate for their second child, J.J., that identified J.J.'s father as "Jesus Amaro Martinez" a United States citizen.

c.    On or about August 30, 2004, in Tijuana, Mexico, DIAZ and MAGANA falsely and fraudulently registered a birth certificate for their third child, M.G., that identified M.G.'s father as "Jesus Amaro Martinez" a United States citizen.

d.    In on or around June 2017, DIAZ falsely and fraudulently applied for a new United States Passport under the identity of "Jesus Martinez Amaro" through the U.S. Consulate in Tijuana, Mexico.

e.    On or about October 3, 2017, DIAZ and MAGANA filed fraudulent DS-2029 Forms (Consular Report of Birth Abroad of a Citizen of the United States of America) and DS-11 Forms (Application for a United States Passport) on behalf of S.J., J.J., and M.G., at the U.S. Consulate in Tijuana, Mexico, falsely and fraudulently claiming citizenship for S.J., J.J., and M.G., as the foreign-born children of Jesus Martinez Amaro, a United States citizen.

4

f.   On or about November 27, 2017, within the Southern District of California, DIAZ willfully, knowingly, and with the intent to deceive the Commissioner of Social Security as to his true identity, applied as "Jesus Martinez Amaro" to the Social Security Administration for a social security number on behalf of his minor child, S.J.

g.   On or about November 28, 2017, within the Southern District of California, DIAZ willfully, knowingly, and with the intent to deceive the Commissioner of Social Security as to his true identity, applied as "Jesus Martinez Amaro" to the Social Security Administration for a social security number on behalf of his minor children M.G. and J.J.

h.   On or about March 14, 2018, in Tijuana, Mexico, DIAZ and MAGANA divorced under their true identities.

i.   On or about May 19, 2018, in Rosarito Beach, Mexico, DIAZ and MAGANA falsely and fraudulently registered a marriage between MAGANA and "Jesus Amaro" a United States citizen.

j.   On or about June 15, 2018, in the Southern District of California, and elsewhere, DIAZ and MAGANA mailed forms I-130 (Petition for Alien Relative) and I-130A (Supplemental Information for Spouse Beneficiary) to the United States Citizenship and Immigration Services, falsely and fraudulently representing that a marriage existed between MAGANA and Jesus Martinez Amaro, a United States citizen.

k.   On or about April 23, 2019, in the Southern District of California and elsewhere, MAGANA electronically submitted Form DS-260 (Online Immigrant Visa and Alien Registration Application) falsely and fraudulently claiming "Jesus Amaro Martinez" as her current spouse.

l.   On or about March 4, 2021, in the Southern District of California, MAGANA knowingly, and with the intent to deceive the

Commissioner of Social Security, provided her fraudulently obtained I-551 United States Permanent Resident Card to the Social Security Administration while applying for a social security number.

All in violation of Title 18, United States Code, Section 371.

DATED: May 15, 2025

ADAM GORDON
United States Attorney

_____
JEFFREY D. HILL
Special Assistant U.S. Attorney